KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Fax: (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0064 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(2), (h)(8)(A)) |
| v. | |
| ERIN CALLAHAN LAMBERT, | |
| Defendant. | |

    With the agreement of the parties, and with the consent of defendant Erin Callahan Lambert, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from February 12, 2007, to April 19, 2007. The parties agree, and the Court finds and holds, as follows:

    1.    With the concurrence of defendant, the United States Attorney's Office has referred this matter to the Pretrial Services Agency ("Pretrial Services") for evaluation for pretrial diversion. According to Pretrial Services, it likely will take 6-8 weeks for Pretrial Services to determine whether to accept defendant for pretrial diversion. To allow time for this process, defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for

1 | effective preparation, taking into account the exercise of due diligence, in this case.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 12, 2007, to April 19, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3. The parties concur, and the Court also found, that the parties' joint pursuit of pretrial diversion and deferred prosecution also justify excluding from Speedy Trial Act calculations the period from February 12, 2007, to April 19, 2007, pursuant to 18 U.S.C. § 3161(h)(2).

4. Accordingly, and with the consent of the defendant, at the hearing on February 12, 2007, the Court ordered that the period from February 12, 2007, to April 19, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(2), (h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: February 14, 2007   _____/s/_____
JODI LINKER
Attorney for Defendant

DATED: February 13, 2007   _____/s/_____
ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED.

DATED:  March 1, 2007   _____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge



2