```
                                                              FILED
                                                        E-Filing FEB 2 6 2007
                                                        RICHARD W. WIEKING
                                                      CLERK, U.S. DISTRICT COURT
                                                   NORTHERN DISTRICT OF CALIFORNIA
```

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CASBN 203655)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7004
7  Fax: (415) 436-7234
   Email: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,       )  No. CR 07-0064 MAG
                                   )
14       Plaintiff,                )  STIPULATION AND [PROPOSED]
                                   )  ORDER EXCLUDING TIME FROM
15    v.                           )  SPEEDY TRIAL ACT CALCULATION
                                   )  (18 U.S.C. § 3161(h)(2), (h)(8)(A))
16 ERIN CALLAHAN LAMBERT,          )
                                   )
17       Defendant.                )
                                   )
18 _____)

19       With the agreement of the parties, and with the consent of defendant Erin Callahan

20 Lambert, the Court enters this order documenting defendant's exclusion of time under the Speedy

21 Trial Act, 18 U.S.C. § 3161(c)(1), from February 12, 2007, to April 19, 2007. The parties agree,

22 and the Court finds and holds, as follows:

23       1.    With the concurrence of defendant, the United States Attorney's Office has

24 referred this matter to the Pretrial Services Agency ("Pretrial Services") for evaluation for pretrial

25 diversion. According to Pretrial Services, it likely will take 6-8 weeks for Pretrial Services to

26 determine whether to accept defendant for pretrial diversion. To allow time for this process,

27 defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the

28 requested continuance would unreasonably deny defense counsel reasonable time necessary for

1 effective preparation, taking into account the exercise of due diligence, in this case.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 12, 2007, to April 19, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3. The parties concur, and the Court also found, that the parties' joint pursuit of pretrial diversion and deferred prosecution also justify excluding from Speedy Trial Act calculations the period from February 12, 2007, to April 19, 2007, pursuant to 18 U.S.C. § 3161(h)(2).

4. Accordingly, and with the consent of the defendant, at the hearing on February 12, 2007, the Court ordered that the period from February 12, 2007, to April 19, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(2), (h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: February 14, 2007         /s/
                                 JODI LINKER
                                 Attorney for Defendant

DATED: February 13, 2007         /s/
                                 ANDREW P. CAPUTO
                                 Assistant United States Attorney

IT IS SO ORDERED.

DATED: 2-26-07

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge