SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Fax: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERIN CALLAHAN LAMBERT, <br><br> Defendant. | No. CR 07-0064 MAG <br><br> STIPULATION REQUESTING CONTINUANCE OF HEARING AND EXCLUSION OF TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(2), (h)(8)(A)), AND [~~PROPOSED~~] ORDER |

      This matter is currently scheduled for hearing on the duty magistrate calendar on April 19, 2007. The United States Attorney's Office previously referred this matter to the Pretrial Services Agency ("Pretrial Services") for evaluation for pretrial diversion. Last week, Pretrial Services notified the parties of its acceptance of this matter into the pretrial diversion program. The parties respectfully request a week-long continuance of the hearing in this matter in order to allow the parties to complete the paperwork necessary for pretrial diversion to be put in place. If the Court grants this request for a week's continuance, this matter would be placed on the duty magistrate calendar for April 26.

      The parties also stipulate, with the consent of defendant Erin Callahan Lambert, that an accompanying week-long exclusion of time is appropriate under the Speedy Trial Act, 18 U.S.C.

§ 3161(c)(1). The parties agree, and ask the Court to find and hold, as follows:

    1.    With the concurrence of defendant, the United States Attorney's Office has referred this matter to the Pretrial Services Agency ("Pretrial Services") for evaluation for pretrial diversion. Pretrial Services has recently deemed the matter appropriate for pretrial diversion. To allow time for completion of the paperwork necessary for pretrial diversion, defendant agrees to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

    2.    Given these circumstances, the parties agree, and ask the Court to find, that the ends of justice served by excluding the period from April 19, 2007, to April 26, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

    3.    The parties concur, and ask the Court also to find, that the parties' joint pursuit of pretrial diversion and deferred prosecution also justify excluding from Speedy Trial Act calculations the period from April 19, 2007, to April 26, 2007, pursuant to 18 U.S.C. § 3161(h)(2).

IT IS SO STIPULATED:

DATED: April 18, 2007                  /s/
                                          KATE DYER
                                          Attorney for Defendant

DATED: April 18, 2007                  /s/
                                          ANDREW P. CAPUTO
                                          Assistant United States Attorney

///
///
///
///
///
///

IT IS SO ORDERED. This matter is continued to April 26, 2007, at 9:30 a.m. For the reasons stated in the above stipulation, the period from April 19, 2007, to April 26, 2007, is excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(2), (h)(8)(A) & (B)(iv).

DATED: 4/18/07

HONORABLE EDWARD M. CHEN
United States Magistrate Judge

3