CLARENCE & DYER LLP
Kate Dyer, SBN 171891
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: (415) 749-1800
Facsimile: (415) 749-1694
kdyer@clarencedyer.com

Attorneys for Defendant
ERIN LAMBERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0064 MAG |
| Plaintiff, ) | STIPULATION REQUESTING |
| ) | CONTINUANCE OF HEARING AND |
| v. ) | EXCLUSION OF TIME FROM SPEEDY |
| ) | TRIAL ACT CALCULATION (18 U.S.C. § |
| ERIN CALLAHAN LAMBERT, ) | 3161(h)(2), (h)(8)(A)), AND [PROPOSED] |
| ) | ORDER |
| Defendant. ) | |

This matter is currently scheduled for hearing on the duty magistrate calendar on April 26, 2007. The United States Attorney's Office previously referred this matter to the Pretrial Services Agency ("Pretrial Services") for evaluation for pretrial diversion and Pretrial Services has notified the parties of its acceptance of this matter into the pretrial diversion program. The parties respectfully request a four-day continuance of the hearing in this matter in order to allow the parties to complete the paperwork necessary for pretrial diversion to be put in place. If the Court grants this request for a four-day continuance, this matter would be placed on the duty magistrate calendar for April 30, 2007.

The parties also stipulate, with the consent of defendant Erin Callahan Lambert, that an accompanying four-day exclusion of time is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and ask the Court to find and hold, as follows:

1. With the concurrence of defendant, the United States Attorney's Office has referred this matter to the Pretrial Services Agency for evaluation for pretrial diversion. Pretrial Services has deemed the matter appropriate for pretrial diversion. To allow time for completion

of the paperwork necessary for pretrial diversion, defendant agrees to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

2. Given these circumstances, the parties agree, and ask the Court to find, that the ends of justice served by excluding the period from April 26, 2007 to April 30, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3. The parties concur, and ask the Court also to find, that the parties' joint pursuit of pretrial diversion and deferred prosecution also justify excluding from Speedy Trial Act calculations the period from April 26, 2007 to April 30, 2007, pursuant to 18 U.S.C. § 3161(h)(2).

IT IS SO STIPULATED:

DATED: April 25, 2007      /s/: Kate Dyer
                                 KATE DYER
                                 Attorney for Defendant

DATED: April 25, 2007      /s/: Andrew P. Caputo
                                 ANDREW P. CAPUTO
                                 Assistant United States Attorney

~~PROPOSED~~ ORDER

IT IS SO ORDERED. This matter is continued to April 30, 2007, at 9:30 a.m. For the reasons stated in the above stipulation, the period from April 26, 2007, to April 30, 2007, is excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(2), (h)(8)(A) & (B)(iv).

DATED: 4/26/07                  _____
                                               HONORABLE EDWARD M. CHEN
                                               United States Magistrate Judge