1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CASBN 203655)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7004
7     Fax: (415) 436-7234
      Email: andrew.caputo@usdoj.gov
8
9  Attorneys for Plaintiff

**FILED**

APR 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10
11
12                      UNITED STATES DISTRICT COURT
13                     NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
14
15
   UNITED STATES OF AMERICA,        )    No. CR 07-0064 MAG
16                                   )
            Plaintiff,               )    STIPULATION AND [PROPOSED]
17                                   )    ORDER TO EXCLUDE TIME AND
      v.                             )    DEFER PROSECUTION
18                                   )
   ERIN CALLAHAN LAMBERT,            )
19                                   )
            Defendant.               )
20  _____ )

21        The parties hereby request that the Court exclude time under the Speedy Trial Act in the

22  above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from April 30, 2007, to April 30, 2008,

23  for deferral of prosecution. The parties agree that pretrial diversion is an appropriate disposition

24  in this matter and that prosecution will be deferred for a twelve-month period of time for Ms.

25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 07-0064 MAG

1   Lambert to demonstrate good conduct under the conditions of a pretrial diversion program.

2   SO STIPULATED.

3                                           SCOTT N. SCHOOLS
                                            United States Attorney
4

5   DATED: _4/30/07_                        _Andrew Caputo_
                                            ANDREW P. CAPUTO
6                                           Assistant United States Attorney

7

8   DATED: _1/30/07_                        _____
                                            KATE DYER
9                                           Attorney for Ms. Lambert

10          Based on the stipulation of the parties and for good cause shown, IT IS HEREBY

11  ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2)

12  from April 30, 2007, to April 30, 2008, for deferral of prosecution by the United States for the

13  purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial

14  diversion program.

15

16  DATED: _4/30/07_                        _____
                                            EDWARD M. CHEN
17                                          United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 07-0064 MAG