JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7004
Fax: (415) 436-7234
Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

FILED
MAY 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIN CALLAHAN LAMBERT,<br><br>Defendant. | No. CR 07-0064 EMC<br><br>MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION WITH PREJUDICE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses with prejudice the captioned Information against defendant Erin Callahan Lambert. Ms. Lambert has successfully completed her deferred prosecution program.

DATED: May 2, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/ Andrew Caputo_
ANDREW P. CAPUTO
Assistant United States Attorney

DISMISSAL OF INFORMATION
CR 07-0064 EMC

| | |
|---|---|
| 1 | Leave of court is granted to file the foregoing dismissal with prejudice. |
| 2 | |
| 3 | DATED: 5/7/08 |
| 4 | EDWARD M. CHEN<br>United States Magistrate Judge |

DISMISSAL OF INFORMATION
CR 07-0064 EMC